**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MARINA B. DOMINGUEZ-CIFUENTES,    :   No. 80 MM 2020

Respondent

v.

THOMAS J. KARL,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of June, 2020, the Petition for Allowance of Appeal, treated as a Petition for Review, is DENIED.